UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SANTOS GUZMAN GARCIA et al.,  :
:
                Plaintiffs,  :
:         20-CV-5024 (JPC)
     -v-  :
:         ORDER TO SHOW
MONCON, INC. et al.,  :              CAUSE
:
                Defendants.  :
:
-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020

JOHN P. CRONAN, United States District Judge:

      The Complaint in this case was filed on June 30, 2020 (*see* Dkt. 1), but the docket does not reflect that the Complaint was ever served on Defendants.  It is hereby ORDERED that Plaintiffs shall communicate with the Court, in writing, as to why Plaintiffs have failed to serve the summons and Complaint within the 90 days prescribed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  If the Court does not receive any communication from Plaintiffs by November 12, 2020 showing good cause why such service was not made within the 90 days, the Court will dismiss the case without further notice.

SO ORDERED.

Dated: October 29, 2020
       New York, New York
                                                   JOHN P. CRONAN
                                        United States District Judge