```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SANTOS GUZMAN GARCIA et al.,                                           :
                                                                       :
                                    Plaintiffs,                        :
                                                                       :        20-CV-5024 (JPC)
          -v-                                                          :
                                                                       :        ORDER
MONCON, INC. et al.,                                                   :
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of the parties' joint letter and proposed Case Management Plan. (Dkts. 21, 22.)  In light of the parties' comprehensive submissions, the Court finds that the Initial Pretrial Conference ("IPTC") is unnecessary at this time.  Accordingly, the IPTC scheduled for January 11, 2021 is ADJOURNED *sine die*.  The Court will refer the parties to the Court-annexed mediation program and will enter the parties' proposed Case Management Plan in separately docketed orders.

      SO ORDERED.

Dated: January 8, 2021  
       New York, New York  
                                                           JOHN P. CRONAN  
                                                           United States District Judge