UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

GARCIA, et al.,

                            Plaintiffs,

    -against-

MONCON INC., et al.

                            Defendants.
-----------------------------------------------------------------------X

20-CV-5024(JPC)

Notice of Voluntary Dismissal
Without Prejudice

IT IS HEREBY NOTICED that all claims asserted by Named Plaintiffs Santos Guzman Garcia Roberto Martinez Joaquin, Jesus Arevalo, and Fermin Duvon and Opt-in Plaintiffs Antonio Garcia, Antonio Rodriguez, Jose Ayala, Mario Rodriguez, Marvin Cuy Miranda, and Mauricio Pereira be withdrawn, discontinued and dismissed, as against all Defendants, without prejudice and without costs or attorneys' fees, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

This notice will not discontinue, dismiss or otherwise affect the claims of Plaintiffs Herbert Bercian and Silas Rosales Pleitez as against all Defendants in this action.

Dated: February 5, 2021
        Kew Gardens, New York

_____
Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
*Attorneys for Plaintiff*
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
718-263-9591

In light of their notice of dismissal pursuant to Rule 41(a)(1)(A)(i), the Clerk of the Court is respectfully directed to terminate Named Plaintiffs Santos Guzman Garcia, Roberto Martinez Joaquin, Jesus Arevalo, and Fermin Duvon, and Opt-in Plaintiffs Antonio Garcia, Antonio Rodriguez, Jose Ayala, Mario Rodriguez, Marvin Cuy Miranda, and Mauricio Pereira from the docket.

SO ORDERED.

Date:    February 8, 2021
           New York, New York

**SO ORDERED**

_____
JOHN P. CRONAN
United States District Judge

_____

Hon. _____

This ___ day of _____, 2021