```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SANTOS GUZMAN GARCIA et al.,                                     :
                                                                 :
                              Plaintiffs,                        :
                                                                 :          20 Civ. 5024 (JPC)
        -v-                                                      :
                                                                 :                ORDER
MONCON, INC. et al.,                                             :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

        During a teleconference with the Court held on July 20, 2021, the Court ordered the parties to submit a status letter within one week of the conclusion of mediation but no later than October 15, 2021.  The parties have failed to submit this letter to the Court.  Within one week of the filing of this Order, the parties shall file on ECF a letter advising the Court regarding the status of this case.

        SO ORDERED.

Dated: October 18, 2021
       New York, New York

                                              JOHN P. CRONAN
                                          United States District Judge