```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SANTOS GUZMAN GARCIA et al.,                                           :
                                                                       :
                            Plaintiffs,                                :
                                                                       :     20 Civ. 5024 (JPC)
            -v-                                                        :
                                                                       :           ORDER
MONCON, INC. et al.,                                                   :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 26, 2021, the Court directed the parties to file the proposed joint pretrial order and all other required pretrial filings, including any motions *in limine*, by December 24, 2021. Dkt. 35. On December 24, 2021, the Court granted the parties' request for extension of the deadline to file the pretrial documents until February 7, 2022. Dkt. 38. The February 7, 2022 deadline has passed and the parties have not filed their pretrial documents. It is hereby ordered that the parties shall file the proposed joint pretrial order and all other required pretrial filings, including any motions *in limine*, in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by March 1, 2022. Furthermore, on November 9, 2021, the parties submitted a joint letter apprising the Court of potential trial-ready dates for the first three quarters of 2022. Dkt. 36. Because the parties' proposed trial-ready dates conflict with existing trial-ready dates set by the Court in other cases, it is hereby ordered that, by March 15, 2022, the parties shall submit a joint letter proposing trial ready dates during the fourth quarter of 2022.

SO ORDERED.

Dated: February 8, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge