UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
SANTOS GUZMAN GARCIA *et al.*,                                    :
                                                                  :
                              Plaintiffs,                         :
                                                                  :                20 Civ. 5024 (JPC)
            -v-                                                   :
                                                                  :                ORDER
MONCON, INC. *et al.*,                                            :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     The Court has set a trial commencement date in this case for October 24, 2022.  Dkt. 41.

The Court will hold a Final Pretrial Conference on October 18, 2022, at 10:00 a.m.  Unless

otherwise advised by the Court, the Final Pretrial Conference shall occur in Courtroom 12D of the

Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The

parties shall promptly advise the Court if there comes a point when they do not expect this case to

proceed to trial.

     SO ORDERED.

Dated: April 19, 2022
      New York, New York             _____
                                  JOHN P. CRONAN
                           United States District Judge