UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
          :
SANTOS GUZMAN GARCIA *et al.*,          :
          :
         Plaintiffs,          :
          :    20 Civ. 5024 (JPC)
    -v-          :
          :    <u>ORDER</u>
MONCON, INC. *et al.*,          :
          :
         Defendants.          :
          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has set a trial commencement date in this case for October 24, 2022. Dkt. 41. On October 25, 2021, the Court directed the parties to "file the proposed joint pretrial order and all other required pretrial filings, including any motions *in limine* in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by December 24, 2021." Dkt. 35 at 1. On December 23, 2021, the parties requested an extension of time to file their pretrial submissions until February 7, 2022, Dkt. 37, which the Court granted the following day, Dkt. 38. After the parties failed to comply with the February 7, 2022 deadline to file their pretrial submissions, the Court, *sua sponte*, extended the deadline for the parties to file their pretrial submissions until March 1, 2022. Dkt. 39. After the parties once again failed to comply with the Court's order directing them to file their pretrial submissions by March 1, 2022, the Court again extended the deadline for the parties to file their pretrial submissions until April 20, 2022. Dkt. 41. The April 20, 2022 deadline has passed, and the parties have once again failed to comply with the Court's order directing them to file their pretrial submissions.

      In light of the parties' repeated failures to comply with the Court's orders, it is hereby ORDERED that, by April 28, 2022, the parties shall submit a letter providing a status of this case,

including providing an explanation as to why the parties have repeatedly disregarded the Court's orders directing them to file their pretrial submissions and whether the parties still intend to proceed with trial in this action scheduled to commence on October 24, 2022. The parties are on notice and strongly advised that their failure to file a timely letter in compliance with this Order and/or their continued failure to comply with the Court's orders may result in the issuance of sanctions.

    SO ORDERED.

Dated: April 21, 2022
       New York, New York

                                                JOHN P. CRONAN
                                         United States District Judge