```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SANTOS GUZMAN GARCIA et al.,                                     :
                                                                 :
                                Plaintiffs,                      :
                                                                 :       20 Civ. 5024 (JPC)
                -v-                                              :
                                                                 :       ORDER
MONCON, INC. et al.,                                             :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties shall appear for a conference on August 2, 2022, at 2:00 p.m. to discuss the Settlement Agreement and the Stipulation and Order of Dismissal.  Dkts. 51, 52-1.  At the conference, the parties should be prepared to discuss whether any settlement has been reached between Plaintiffs and Defendant Herman Benitez.  The parties also should be prepared to discuss the status of Plaintiff Alejandro Diaz.

At the scheduled time, counsel for all parties should call 866-434-5269, access code 9176261.

SO ORDERED.

Dated: July 29, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge