

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

November 1, 2024

**Via ECF**:
The Honorable John P. Cronan, U.S.D.J.
United States District Judge
Southern District Of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 12D
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

Re: **Santos Guzman Garcia, et al. v. Moncon, Inc., et al.**
Docket No. 1:20-cv-5024 (JPC)

Dear Judge Cronan:

Our office represents the Plaintiffs in the above-referenced matter and we submit this letter motion to respectfully request an adjournment of the November 6, 2024 Status Conference.

We make this request due to scheduling conflicts with other previously scheduled appearances on that date. This is the first request for an adjournment of this date. The Court previously adjourned the conference *sua sponte* from October 31, 2024 to November 6, 2024. Defendants' counsel has consented to this request.

The parties have conferred and counsel are available on November 7, November 8 or November 11, 2024, should any of those dates suit the Court's availability.

We thank the Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.

CC: *via ECF*
Jason Robert Finkelstein
Cole Schotz P.C.
1325 Avenue of the Americas
New York, NY 10019
212-752-8000
Email: jfinkelstein@coleschotz.com
*ATTORNEY TO BE NOTICED*

The request is granted. The conference currently scheduled for November 6, 2024, is hereby adjourned to 2:30 p.m. on November 8, 2024. At the scheduled time, the parties should call (866) 434-5269, access code 9176261. The Clerk of Court is respectfully directed to close Docket Number 68.

SO ORDERED.
Date: November 1, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge